JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 4 2005

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

FILED
MAR 22 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED
APR 18 2005
LORETTA G. WHYTE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR 28 PM 12:06
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX PRODUCTS LIABILITY LITIGATION

EDLA Case No.
CA 05-1005 L

(SEE ATTACHED SCHEDULE)

FILED
APR - 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

05C 342

CONDITIONAL TRANSFER ORDER (CTO-1)

On February 16, 2005, the Panel transferred 139 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

___ Fee ___
X Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No ___

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 22 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

MAR 28 2005

Dale Raderla
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee ___
X Process ___ DMR
X Dktd ___
✓ CtRmDep 219
___ Doc. No ___

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A.# | | | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ALM | 1 | 04-1247 | Oral L. Davis v. Merck & Co., Inc. | 05-0957 |
| ALM | 1 | 05-39 | Faye Southerland, etc. v. Merck & Co., Inc. | 05-0958 |
| ALM | 2 | 05-32 | Joe B. Wilson v. Merck & Co., Inc., et al. | 05-0959 |
| ALM | 2 | 05-103 | Sammy Gilbreath v. Merck & Co., Inc., et al. | 05-0960 |
| ALM | 3 | 04-1199 | Harold Wallace, Sr. v. Merck & Co., Inc. | 05-0961 |
| **ALABAMA NORTHERN** | | | | |
| ALN | 1 | 04-3476 | Ruby McClellan, etc. v. Merck & Co., Inc., et al. | 05-0962 |
| ALN | 2 | 04-3566 | Ralph P. Simmons v. Merck & Co., Inc. | 05-0963 |
| ALN | 2 | 05-40 | Lathan F. Rushing, etc. v. Merck & Co., Inc. | 05-0964 |
| ALN | 2 | 05-44 | Sharon D. Lane, et al. v. Merck & Co., Inc. | 05-0965 |
| ALN | 2 | 05-138 | Sue Krieder v. Merck & Co., Inc., et al. | 05-0966 |
| ALN | 3 | 05-75 | Joe Darby, et al. v. Merck & Co., Inc. | 05-0967 |
| ALN | 7 | 04-3457 | Ronald Martin v. Merck & Co., Inc. | 05-0968 |
| ALN | 7 | 05-143 | Samuel Dye, et al. v. Merck & Co., Inc. | 05-0969 |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 05-35 | Shirley Sue Smith, et al. v. Merck & Co., Inc. | 05-0970 |
| ALS | 1 | 05-50 | Harry W. Moody, Jr., et al. v. Merck & Co., Inc., et al. | 05-0971 |
| **ARKANSAS EASTERN** | | | | |
| ARE | 1 | 05-4 | Bruce Munson v. Merck & Co., Inc. | 05-0972 |
| ARE | 3 | 05-14 | Tom Eubanks v. Merck & Co., Inc. | 05-0973 |
| ARE | 4 | 04-1525 | James C. Hankins v. Merck & Co., Inc. | 05-0974 |
| ARE | 4 | 05-107 | Esther Conklin, et al. v. Merck & Co., Inc. | 05-0975 |
| ARE | 4 | 05-108 | Elsie Akins, et al v. Merck & Co., Inc. | 05-0976 |
| ARE | 5 | 05-27 | Paul Bone, et al. v. Merck & Co., Inc. | 05-0977 |
| **ARKANSAS WESTERN** | | | | |
| ARW | 1 | 04-1123 | Ladara Benton v. Merck & Co., Inc. | 05-0978 |
| ARW | 1 | 05-1009 | Joe Williams v. Merck & Co., Inc. | 05-0979 |
| **ARIZONA** | | | | |
| AZ | 2 | 04-3037 | Edward W. Wright v. Merck & Co., Inc. | 05-0980 |
| ~~AZ~~ | ~~2~~ | ~~05-307~~ | ~~Wayne Young v. Merck & Co., Inc.~~ Opposed 03/21/05 | |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 05-110 | Fred Thomas, et al. v. Merck & Co., Inc., et al. | 05-0981 |
| **CONNECTICUT** | | | | |
| CT | 3 | 05-5 | Susan Heintz, etc. v. Merck & Co., Inc. | 05-0982 |
| **FLORIDA MIDDLE** | | | | |
| FLM | 2 | 04-625 | Donald J. Bernhardt, etc. v. Merck & Co., Inc. | 05-0983 |
| FLM | 2 | 05-38 | Maria Sotomayor, etc. v. Merck & Co., Inc. | 05-0984 |
| FLM | 3 | 04-1322 | Polly Peterson v. Merck & Co., Inc. | 05-0985 |
| ~~FLM~~ | ~~6~~ | ~~05-172~~ | ~~Nelson Oquendo, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/22/05 | |
| FLM | 8 | 04-2682 | Judy Ann Mitchell, etc. v. Merck & Co., Inc. | 05-0986 |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1657)

Page 2 of 7

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **FLORIDA NORTHERN** | | | | |
| FLN | 5 | 05-1 | Paulette Jackson, etc. v. Merck & Co., Inc. | 05-0987 |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 0 | 05-60087 | Harry Conti, et al. v. Merck & Co., Inc., et al. | 05-0988 |
| FLS | 1 | 04-22916 | David G. Carvallo v. Merck & Co., Inc., et al. | 05-0989 |
| FLS | 2 | 05-14015 | Walter Lang v. Merck & Co., Inc. | 05-0990 |
| FLS | 9 | 05-80017 | Lizzie Mae Sims, etc. v. Merck & Co., Inc. | 05-0991 |
| FLS | 9 | 05-80051 | Jack Sharwell v. Merck & Co., Inc. | 05-0992 |
| **GEORGIA MIDDLE** | | | | |
| GAM | 1 | 05-3 | Helen Ruth Summers v. Merck & Co., Inc. | 05-0993 |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 04-3394 | Willie T. Flanders v. Merck & Co., Inc. | 05-0994 |
| GAN | 1 | 04-3679 | Moses B. Fryer v. Merck/Schering, et al. | 05-0995 |
| GAN | 1 | 04-3708 | Mack E. Willis v. Merck & Co., Inc. | 05-0996 |
| GAN | 1 | 05-268 | Rita Jean Gann v. Merck & Co., Inc. | 05-0997 |
| **GEORGIA SOUTHERN** | | | | |
| GAS | 4 | 04-211 | John W. Powell v. Merck & Co., Inc. | 05-0998 |
| **ILLINOIS CENTRAL** | | | | |
| ~~ILC~~ | ~~2~~ | ~~05-2006~~ | ~~Martha Bennett v. Merck & Co., Inc.~~ Vacated 3/16/05 | |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 05-56 | Sharon Wilhelmi v. Merck & Co., Inc. | 05-0999 |
| ILN | 1 | 05-118 | Marilyn Benoit, et al. v. Merck & Co., Inc. | 05-1000 |
| ILN | 1 | 05-120 | Ralph Cistaro, et al. v. Merck & Co., Inc. | 05-1001 |
| ILN | 1 | 05-124 | Timothy Dobslaf v. Merck & Co., Inc. | 05-1002 |
| ILN | 1 | 05-338 | Gabriel Gomez, et al. v. Merck & Co., Inc. | 05-1003 |
| ILN | 1 | 05-341 | Arnold Nilsen v. Merck & Co., Inc. | 05-1004 |
| ILN | 1 | 05-342 | Linda Johnson, etc. v. Narendrea Dabhade, M.D., et al. | 05-1005 |
| **ILLINOIS SOUTHERN** | | | | |
| ~~ILS~~ | ~~3~~ | ~~04-847~~ | ~~Myrna Amisch v. Merck & Co., Inc., et al.~~ Vacated 3/21/05 | |
| ~~ILS~~ | ~~3~~ | ~~04-864~~ | ~~Gerald Sumner, et al. v. Merck & Co., Inc.~~ Opposed 3/21/05 | |
| ~~ILS~~ | ~~3~~ | ~~04-868~~ | ~~Earl Gori, et al. v. Merck & Co., Inc.~~ Vacated 3/16/05 | |
| ~~ILS~~ | ~~3~~ | ~~05-39~~ | ~~Ida Akins v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ILS | 3 | 05-50 | Melvin Williams, et al. v. Merck & Co., Inc. | 05-1006 |
| **INDIANA SOUTHERN** | | | | |
| INS | 1 | 04-1986 | Randall Corson v. Merck & Co., Inc. | 05-1007 |
| INS | 1 | 04-1987 | Madonna Plotner v. Merck & Co., Inc. | 05-1008 |
| INS | 1 | 04-1988 | James Humrickhouse v. Merck & Co., Inc. | 05-1009 |
| INS | 1 | 05-62 | Bobby Alexander Williams v. Merck & Co., Inc. | 05-1010 |
| **KANSAS** | | | | |
| KS | 2 | 04-2588 | Sanjanwala Smita v. Merck & Co., Inc. | 05-1011 |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1657)

Page 3 of 7

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|

**KENTUCKY EASTERN**

| | | | | |
|---|---|---|---|---|
| ~~KYE~~ | ~~7~~ | ~~04-419~~ | ~~James Ratliff v. Merck & Co., Inc.~~ Vacated 3/16/05 | |
| KYE | 7 | 04-420 | Paul L. Fairchild, et al. v. Merck & Co., Inc. | 05-1012 |

**KENTUCKY WESTERN**

| | | | | |
|---|---|---|---|---|
| KYW | 1 | 04-175 | Henry Daniel Sarver, et al. v. Merck & Co., Inc. | 05-1013 |
| KYW | 3 | 05-1 | Stephen J. Williams v. Merck & Co., Inc. | 05-1014 |

**LOUISIANA MIDDLE**

| | | | | |
|---|---|---|---|---|
| LAM | 3 | 04-878 | Milton Johnson v. Merck & Co., Inc. | 05-1015 |
| LAM | 3 | 05-61 | Camellia R. Pescia v. Merck & Co., Inc. | 05-1016 |

**LOUISIANA WESTERN**

| | | | | |
|---|---|---|---|---|
| LAW | 2 | 04-2406 | Maurice L. Prince, Sr. v. Merck & Co., Inc. | 05-1017 |
| LAW | 5 | 04-2370 | Evelyn Hart, et al. v. Merck & Co., Inc. | 05-1018 |
| LAW | 5 | 04-2418 | Thomas Dufrene, et al. v. Merck & Co., Inc. | 05-1019 |
| LAW | 5 | 04-2438 | H. Raymond Harrell, et al. v. Merck & Co., Inc. | 05-1020 |
| LAW | 5 | 04-2498 | Donnie Cutliff, et al. v. Merck & Co., Inc. | 05-1021 |

**MARYLAND**

| | | | | |
|---|---|---|---|---|
| MD | 1 | 04-3855 | Thomas Bateman v. Merck & Co., Inc. | 05-1022 |
| MD | 1 | 05-40 | Bobbie Means v. Merck & Co., Inc. | 05-1023 |
| MD | 1 | 05-181 | Shantall Thomas, et al. v. Merck & Co., Inc. | 05-1024 |

**MICHIGAN EASTERN**

| | | | | |
|---|---|---|---|---|
| MIE | 2 | 04-74513 | Maxine Bates, et al. v. Merck & Co., Inc. | 05-1025 |
| MIE | 4 | 04-40345 | Ronald Tucker v. Merck & Co., Inc. | 05-1026 |

**MINNESOTA**

| | | | | |
|---|---|---|---|---|
| MN | 0 | 04-5030 | Charles Fortune, etc. v. Merck & Co., Inc. | 05-1027 |

**MISSOURI EASTERN**

| | | | | |
|---|---|---|---|---|
| MOE | 1 | 05-18 | Jennifer Norris v. Merck & Co., Inc., et al. | 05-1028 |
| MOE | 1 | 05-19 | Regina Neel v. Merck & Co., Inc., et al. | 05-1029 |
| MOE | 4 | 04-1794 | Gary Murray, et al. v. Merck & Co., Inc., et al. | 05-1030 |
| ~~MOE~~ | ~~4~~ | ~~05-83~~ | ~~Theresa Tuma, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-84~~ | ~~Celestine Dale, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-85~~ | ~~Debra Raymo, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-86~~ | ~~Vernon Andrews, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-87~~ | ~~Carol Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-88~~ | ~~Sammy L. Underwood, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-89~~ | ~~Arline Anderson, et al. v. Merck & Co., Inc., et al~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-90~~ | ~~Edna McGhee, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| MOE | 4 | 05-91 | Eddie Griffith v. Merck & Co., Inc. | 05-1031 |
| ~~MOE~~ | ~~4~~ | ~~05-92~~ | ~~Regina Menderski, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-93~~ | ~~Mary Stewart, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-94~~ | ~~Gloria Singleton, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| MOE | 4 | 05-95 | Monte Safron v. Merck & Co., Inc. | 05-1032 |
| ~~MOE~~ | ~~4~~ | ~~05-96~~ | ~~Kenneth Britton, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-97~~ | ~~James Cerutti, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/18/05 | |
| MOE | 4 | 05-108 | Lonnie Hardy v. Merck & Co., Inc., et al. | 05-1033 |
| MOE | 4 | 05-109 | George Bailey, et al. v. Merck & Co., Inc., et al. | 05-1034 |
| MOE | 4 | 05-110 | Mary Smith, et al. v. Merck & Co., Inc., et al. | 05-1035 |
| MOE | 4 | 05-111 | Janice Gulledge, et al. v. Merck & Co., Inc.. et al. | 05-1036 |
| MOE | 4 | 05-132 | Maurice Dulle, et al. v. Merck & Co., Inc., et al. | 05-1037 |
| MOE | 4 | 05-133 | Kathryn James, et al. v. Merck & Co., Inc., et al. | 05-1038 |
| MOE | 4 | 05-134 | Mary Ann Allen, et al. v. Merck & Co., Inc. | 05-1039 |

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| MOE | 4 | 05-135 | Dennis Bodimer, et al. v. Merck & Co., Inc., et al. | 05-1040 |
| MOE | 4 | 05-137 | Jacob Heller, et al. v. Merck & Co., Inc., et al. | 05-1041 |
| MOE | 4 | 05-139 | George Hagerman, et al. v. Merck & Co., Inc., et al. | 05-1042 |
| MOE | 4 | 05-141 | Walter Foster, et al. v. Merck & Co., Inc., et al. | 05-1043 |
| MOE | 4 | 05-142 | Carla Casimere, et al. v. Merck & Co., Inc., et al. | 05-1044 |
| MOE | 4 | 05-143 | Debra Anderson, et al. v. Merck & Co., Inc., et al. | 05-1045 |
| MOE | 4 | 05-144 | Donny Crouter, et al. v. Merck & Co., Inc., et al. | 05-1046 |
| MOE | 4 | 05-145 | William G. Broadhurst, et al. v. Merck & Co., Inc., et al. | 05-1047 |
| MOE | 4 | 05-148 | Dianna Hicks, et al. v. Merck & Co., Inc., et al. | 05-1048 |
| MOE | 4 | 05-149 | Sharon Lindsay, et al. v. Merck & Co., Inc., et al. | 05-1049 |
| MOE | 4 | 05-150 | James Long, et al. v. Merck & Co., Inc., et al. | 05-1050 |
| MOE | 4 | 05-151 | Mary Schraeder, et al. v. Merck & Co., Inc., et al. | 05-1051 |
| MOE | 4 | 05-152 | Robert Reeves, et al. v. Merck & Co., Inc., et al. | 05-1052 |
| MOE | 4 | 05-153 | Daniel O'Gorman, et al. v. Merck & Co., Inc., et al. | 05-1053 |
| MOE | 4 | 05-154 | Sonya Vick, et al. v. Merck & Co., Inc., et al. | 05-1054 |
| MOE | 4 | 05-155 | Carol Wilshusen, et al. v. Merck & Co., Inc., et al. | 05-1055 |
| MOE | 4 | 05-157 | Glen Love, et al. v. Merck & Co., Inc., et al. | 05-1056 |
| MOE | 4 | 05-158 | Arla Lovekamp v. Merck & Co., Inc., et al. | 05-1057 |
| MOE | 4 | 05-159 | David Millis, et al. v. Merck & Co., Inc., et al. | 05-1058 |
| MOE | 4 | 05-160 | Diana Means, et al. v. Merck & Co., Inc., et al. | 05-1059 |
| MOE | 4 | 05-161 | Richard Noble, et al. v. Merck & Co., Inc., et al. | 05-1060 |
| MOE | 4 | 05-162 | Myrtle Spalding, et al. v. Merck & Co., Inc., et al. | 05-1061 |
| **MISSOURI WESTERN** | | | | |
| MOW | 4 | 04-1098 | Elvin Shaw, et al. v. Merck & Co., Inc. | 05-1062 |
| MOW | 4 | 04-1099 | Lucille Quigley v. Merck & Co., Inc. | 05-1063 |
| MOW | 6 | 05-3017 | Mary Hurst Brewer, etc. v. Merck & Co., Inc. | 05-1064 |
| **MISSISSIPPI NORTHERN** | | | | |
| MSN | 3 | 04-216 | Myron Martin, etc. v. Merck & Co., Inc. | 05-1065 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 04-832 | Lois Pritchard v. Merck & Co., Inc. | 05-1066 |
| ~~MSS~~ | ~~1~~ | ~~05-44~~ | ~~James Luther Williams v. Merck & Co., Inc.~~ Opposed 3/22/05 | |
| MSS | 2 | 04-378 | Preston Lee v. Merck & Co., Inc. | 05-1067 |
| MSS | 2 | 04-420 | Larry L. Moree v. Merck & Co., Inc. | 05-1068 |
| MSS | 3 | 04-923 | R.L. Taylor v. Merck & Co., Inc. | 05-1069 |
| MSS | 3 | 04-924 | L.C. Bassett v. Merck & Co., Inc. | 05-1070 |
| MSS | 3 | 04-925 | Lola Hicks v. Merck & Co., Inc. | 05-1071 |
| MSS | 3 | 04-1012 | Harriet E. Fitts, etc. v. Merck & Co., Inc. | 05-1072 |
| **NORTH CAROLINA MIDDLE** | | | | |
| NCM | 1 | 04-1129 | Michael H. Phillips v. Merck & Co., Inc. | 05-1073 |
| **NEW JERSEY** | | | | |
| NJ | 3 | 04-5575 | Paul G. Kennedy, et al. v. Merck & Co., Inc. | 05-1074 |
| NJ | 3 | 04-6383 | Cavalier Homes, Inc. v. Merck & Co., Inc. | 05-1075 |
| NJ | 3 | 05-81 | Midwestern Teamsters Health & Welfare Fund v. Merck & Co., Inc. | 05-1076 |
| NJ | 3 | 05-601 | Donald Pederson, et al. v. Merck & Co., Inc. | 05-1077 |
| **NEW MEXICO** | | | | |
| NM | 1 | 04-1356 | Debbie Pace, et al. v. Merck & Co., Inc. | 05-1078 |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 04-5123 | Paula Diaz-Maira, et al. v. Merck & Co., Inc. | 05-1079 |
| NYE | 1 | 04-5124 | Joyce Horowitz v. Merck & Co., Inc. | 05-1080 |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1657)                             Page 5 of 7

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| NYE | 1 | 04-5125 | Loretta Findlay v. Merck & Co., Inc. | 05-1081 |
| NYE | 1 | 04-5322 | Jennie Imburgia v. Merck & Co., Inc. | 05-1082 |
| NYE | 1 | 04-5510 | Patricia Rini, et al. v. Merck & Co., Inc. | 05-1083 |
| NYE | 1 | 04-5622 | Richard Rammer, et al. v. Merck & Co., Inc. | 05-1084 |
| NYE | 1 | 04-5623 | Elizabeth O'Connell, et al. v. Merck & Co., Inc. | 05-1085 |
| NYE | 1 | 05-101 | Elaine Ingrisano, et al. v. Merck & Co., Inc. | 05-1086 |
| NYE | 1 | 05-199 | Daniel Cahill v. Merck & Co., Inc. | 05-1087 |
| **NEW YORK NORTHERN** | | | | |
| NYN | 3 | 05-70 | Glenn L. Dier, et al. v. Merck & Co., Inc. | 05-1088 |
| ~~NYN~~ | ~~5~~ | ~~04-1367~~ | ~~Richard F. Core, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/11/05 | |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 04-9653 | David Agard, et al. v. Merck & Co., Inc. | 05-1089 |
| NYS | 1 | 04-9654 | Adnan Aljibory, et al. v. Merck & Co., Inc. | 05-1090 |
| NYS | 1 | 04-9655 | Rosemary Holobosky, et al. v. Merck & Co., Inc. | 05-1091 |
| NYS | 1 | 05-863 | Jose Vasquez, et al. v. Merck & Co., Inc., et al. | 05-1092 |
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 04-2324 | Barbara Farmer, et al. v. Merck & Co., Inc. | 05-1093 |
| OHN | 1 | 04-2398 | Julia M. Reineck v. Merck & Co., Inc. | 05-1094 |
| OHN | 1 | 04-2474 | Muriel Cohen v. Merck & Co., WC, et. al | 05-1095 |
| OHN | 1 | 05-39 | Linda Klein, et al. v. Merck & Co., Inc. | 05-1096 |
| OHN | 3 | 04-7729 | John Deck, etc. v. Merck & Co., Inc., et al. | 05-1097 |
| **OHIO SOUTHERN** | | | | |
| OHS | 1 | 05-13 | James L. Lind v. Merck & Co., Inc. | 05-1098 |
| **OKLAHOMA NORTHERN** | | | | |
| ~~OKN~~ | ~~4~~ | ~~04-930~~ | ~~Tommy Lee v. Merck & Co., Inc.~~ Opposed 3/21/05 | |
| **OKLAHOMA WESTERN** | | | | |
| OKW | 5 | 04-1623 | Terrie J. Taylor v. Merck & Co., Inc. | 05-1099 |
| OKW | 5 | 04-1688 | Maria Sanchez v. Merck & Co., Inc. | 05-1100 |
| OKW | 5 | 04-1776 | Lawanda R. Gray v. Merck & Co., Inc. | 05-1101 |
| OKW | 5 | 05-45 | Virginia Oller, et al. v. Merck & Co., Inc. | 05-1102 |
| OKW | 5 | 05-85 | Linda Diane Rodgers, et al. v. Merck & Co., Inc. | 05-1103 |
| **OREGON** | | | | |
| OR | 6 | 05-6020 | Victor Takla v. Merck & Co., Inc. | 05-1104 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 04-5410 | Richard E. Snyder, et al., v. Merck & Co., Inc. | 05-1105 |
| PAE | 2 | 04-5478 | Rodney H. McCandless, et al. v. Merck & Co., Inc. | 05-1106 |
| PAE | 2 | 04-5533 | Christine Tyson, et al. v. Merck & Co., Inc. | 05-1107 |
| PAE | 2 | 04-5534 | Sumner Koch, et al. v. Merck & Co., Inc. | 05-1108 |
| PAE | 2 | 04-5535 | Greg Jaskot, et al. v. Merk & Co., Inc. | 05-1109 |
| PAE | 2 | 04-5998 | Lillian Pimentel, etc. v. Merck & Co., Inc. | 05-1110 |
| PAE | 2 | 05-20 | UFCW Local 1776 & Participating Employers Health & Welfare Fund, et al. v. Merck & Co., Inc. | 05-1111 |
| PAE | 2 | 05-186 | Lawrence Whitty, et al. v. Merck & Co., Inc. | 05-1112 |
| PAE | 2 | 05-227 | Esther Pearl West, et al. v. Merck & Co., Inc., et al. | 05-1113 |
| **PENNSYLVANIA WESTERN** | | | | |
| ~~PAW~~ | ~~2~~ | ~~04-1886~~ | ~~Judith E. Orie, M.D. v. Merck & Co., Inc.~~ Opposed 3/21/05 | |
| PAW | 2 | 05-8 | Barry Green, et al. v. Merck & Co., Inc. | 05-1114 |

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **SOUTH CAROLINA** | | | | |
| SC | 2 | 05-173 | Donna Anne Graff, et al. v. Merck & Co., Inc. | 05-1115 |
| SC | 3 | 05-278 | Henry B. Johnson, et al. v. Merck & Co., Inc. | 05-1116 |
| SC | 7 | 04-23338 | Barbara Blackwell, etc. v. Merck & Co., Inc. | 05-1117 |
| SC | 9 | 04-23064 | James McNichols, et al. v. Merck & Co., Inc. | 05-1118 |
| **TENNESSEE EASTERN** | | | | |
| TNE | 1 | 04-394 | Dewey A. Harris, et al. v. Merck & Co., Inc. | 05-1119 |
| TNE | 1 | 05-6 | Marvin R. Wilson, Jr., et al. v. Merck & Co., Inc. | 05-1120 |
| TNE | 1 | 05-22 | Russell A. Lane, et al. v. Merck & Co., Inc. | 05-1121 |
| TNE | 1 | 05-23 | Robert Shipley v. Merck & Co., Inc. | 05-1122 |
| TNE | 1 | 05-24 | Betty Belcher v. Merck & Co., Inc. | 05-1123 |
| TNE | 1 | 05-25 | Orville Thomas, et al. v. Merck & Co., Inc. | 05-1124 |
| TNE | 3 | 05-26 | David Seivers v. Merck & Co., Inc., et al. | 05-1125 |
| **TENNESSEE MIDDLE** | | | | |
| TNM | 1 | 04-125 | Barbara Cathey v. Merck & Co., Inc. | 05-1126 |
| **TEXAS EASTERN** | | | | |
| TXE | 1 | 04-728 | Jack Arrant v. Merck & Co., Inc., et al. | 05-1127 |
| TXE | 2 | 04-427 | Kathy Ewbank v. Merck & Co., Inc. | 05-1128 |
| TXE | 2 | 04-428 | Elzie Westbrook, et al. v. Merck & Co., Inc. | 05-1129 |
| TXE | 2 | 04-429 | Joseph Catletti, et al. v. Merck & Co., Inc. | 05-1130 |
| TXE | 2 | 05-9 | Terry Stubblefield v. Merck & Co., Inc. | 05-1131 |
| TXE | 2 | 05-37 | Terry Adkison, Sr. v. Merck & Co., Inc. | 05-1132 |
| TXE | 2 | 05-38 | Nancy Bateman v. Merck & Co., Inc. | 05-1133 |
| TXE | 2 | 05-39 | Daphne Herrington v. Merck & Co., Inc. | 05-1134 |
| TXE | 2 | 05-40 | Jeronimo Garcia v. Merck & Co., Inc. | 05-1135 |
| TXE | 2 | 05-41 | Linda Compton v. Merck & Co., Inc. | 05-1136 |
| TXE | 2 | 05-42 | George Chaney v. Merck & Co., Inc. | 05-1137 |
| TXE | 2 | 05-43 | Opal Wallace, et al. v. Merck & Co., Inc. | 05-1138 |
| TXE | 2 | 05-44 | Chester Woj v. Merck & Co., Inc. | 05-1139 |
| TXE | 2 | 05-45 | Donald West v. Merck & Co., Inc. | 05-1140 |
| TXE | 2 | 05-46 | Juan Quiroga v. Merck & Co., Inc. | 05-1141 |
| TXE | 2 | 05-47 | Ramelle Pavletich v. Merck & Co., Inc. | 05-1142 |
| TXE | 2 | 05-48 | Elizabeth Palmer v. Merck & Co., Inc. | 05-1143 |
| TXE | 2 | 05-49 | Sallie Johnson v. Merck & Co., Inc. | 05-1144 |
| TXE | 5 | 04-269 | Thomas J. Bradley, Jr., et al. v. Merck & Co., Inc. | 05-1145 |
| TXE | 5 | 05-18 | Ronnie Holt, et al. v. Merck & Co., Inc. | 05-1146 |
| **TEXAS NORTHERN** | | | | |
| TXN | 3 | 05-31 | Teresa Brannon Ward v. Merck & Co., Inc. | 05-1147 |
| TXN | 3 | 05-87 | Bruce Danielson v. Merck & Co., Inc., et al. | 05-1148 |
| TXN | 3 | 05-101 | Teresa Harris v. Merck & Co., Inc., et al. | 05-1149 |
| TXN | 3 | 05-102 | Joe B. Hewitt v. Merck & Co., Inc., et al. | 05-1150 |
| ~~TXN~~ | ~~3~~ | ~~05-208~~ | ~~Henry Charles Perry v. Merck & Co., Inc., et al.~~ Opposed 3/15/05 | |
| TXN | 4 | 05-26 | Jerry Sumbera v. Merck & Co., Inc., et al. | 05-1151 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 4 | 04-4559 | Loma E. Rasco, et al. v. Merck & Co., Inc. | 05-1152 |
| TXS | 4 | 05-121 | Margrett L. Dixon, et al. v. Merck & Co., Inc., et al. | 05-1153 |
| TXS | 4 | 05-255 | Jojuana Daniel, et al. v. Merck & Co., Inc. | 05-1154 |
| TXS | 7 | 04-433 | Rogelio Hernandez v. Merck & Co., Inc., et al. | 05-1155 |
| TXS | 7 | 04-434 | Maria Luisa Garza v. Merck & Co., Inc., et al. | 05-1156 |
| TXS | 7 | 04-438 | Yolanda Curiel v. Merck & Co., Inc., et al. | 05-1157 |
| TXS | 7 | 05-1 | Maricela Garza v. Merck & Co., Inc. | 05-1158 |
| TXS | 7 | 05-14 | Bettina L. Perez v. Merck & Co., Inc., et al. | 05-1159 |
| TXS | 7 | 05-15 | Prisciliano Barragan v. Merck & Co., Inc. | 05-1160 |

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| ~~TXS~~ | ~~7~~ | ~~05-17~~ | ~~Felicia Garza, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/21/05 | |
| TXS | 7 | 05-36 | Felicidad Villarreal v. Merck & Co., Inc., et al. | 05-1161 |
| **TEXAS WESTERN** | | | | |
| TXW | 5 | 04-1092 | Clifford Hicks, et al. v. Merck & Co., Inc. | 05-1162 |
| TXW | 5 | 05-16 | Alicia Gomez. etc. v. Merck & Co., Inc. | 05-1163 |
| **UTAH** | | | | |
| UT | 1 | 04-172 | Hans Jacob Jeppson v. Merck & Co., Inc. | 05-1164 |
| UT | 1 | 04-175 | Frederick A. Younker, etc. v. Merck & Co., Inc. | 05-1165 |
| UT | 1 | 05-6 | R. Dee Erickson v. Merck & Co., Inc. | 05-1166 |
| UT | 2 | 04-1102 | Arthur D. Blain, et al. v. Merck & Co., Inc. | 05-1167 |
| UT | 2 | 04-1159 | Michael Horst, et al. v. Merck & Co., Inc. | 05-1168 |
| UT | 2 | 04-1160 | Robert Wayne Lundin, et al. v. Merck & Co., Inc. | 05-1169 |
| UT | 2 | 04-1171 | Mary Burke v. Merck & Co., Inc. | 05-1170 |
| UT | 2 | 04-1172 | Robert Radke v. Merck & Co., Inc. | 05-1171 |
| UT | 2 | 05-54 | Diana L. Ward v. Merck & Co., Inc. | 05-1172 |
| **WASHINGTON EASTERN** | | | | |
| WAE | 2 | 05-18 | William Schmidt, etc. v. Merck & Co., Inc. | 05-1173 |
| **WASHINGTON WESTERN** | | | | |
| WAW | 2 | 04-2340 | Ken Yohe v. Merck & Co., Inc. | 05-1174 |
| WAW | 2 | 05-63 | Sue Avery, et al. v. Merck & Co., Inc. | 05-1175 |
| **WEST VIRGINIA SOUTHERN** | | | | |
| WVS | 2 | 04-1324 | Lewis C. Montgomery v. Merck & Co., Inc. | 05-1176 |